## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Kimberly E Ridgeway<br><br>    Debtor(s) | Case No. 10 B 43130 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/27/2010.

2) The plan was confirmed on 01/31/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 04/16/2013.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,713.35 |
| Less amount refunded to debtor | $438.15 |
| **NET RECEIPTS:** | **$27,275.20** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,491.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,261.86 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,753.36** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Arrow Financial Services | Unsecured | 9,955.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| Capital Management | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 163.00 | 163.00 | 163.00 | 6.76 | 0.00 |
| CCSI | Unsecured | 8,715.00 | 8,715.00 | 8,715.00 | 605.64 | 0.00 |
| Chase | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging Ltd | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,373.00 | 1,364.00 | 1,364.00 | 94.79 | 0.00 |
| Comcast | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,482.00 | NA | NA | 0.00 | 0.00 |
| Cook County Assessor | Unsecured | 1,219.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| Department Of Revenue | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| DHS | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| Financial Recovery | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Housing Authority Of Cook County | Unsecured | 2,048.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 1,401.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 11,782.00 | 11,828.33 | 11,828.33 | 821.98 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 659.58 | 659.58 | 45.84 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JK Harris & Co | Unsecured | 697.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consuling | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| Lockhart Morris & Mont | Unsecured | 5,894.00 | 5,894.12 | 5,894.12 | 409.60 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 1,283.00 | NA | NA | 0.00 | 0.00 |
| Murphy Lomon & Associates | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Recovery Sys | Unsecured | 1,662.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Hospital | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| Oak Brook Surgical Center | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| Orkin | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| OSI Collection Services Inc | Unsecured | 3,344.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Financial | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 27,910.00 | 15,792.52 | 15,792.52 | 1,097.47 | 0.00 |
| Sallie Mae | Unsecured | NA | 12,478.30 | 12,478.30 | 867.16 | 0.00 |
| Santander Consumer USA | Secured | 17,820.00 | 19,628.39 | 17,820.00 | 17,820.00 | 593.99 |
| Santander Consumer USA | Unsecured | NA | 1,808.39 | 1,808.39 | 125.67 | 0.00 |
| Sprint Nextel | Unsecured | 967.00 | 473.98 | 473.98 | 32.94 | 0.00 |
| TCF Bank | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 1,043.00 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corporation | Unsecured | 613.00 | NA | NA | 0.00 | 0.00 |
| Village of Dolton | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| Village of Glenwood | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village Of Matteson | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $17,820.00 | $17,820.00 | $593.99 |
| **TOTAL SECURED:** | **$17,820.00** | **$17,820.00** | **$593.99** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$59,177.22** | **$4,107.85** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,753.36 |
| Disbursements to Creditors | $22,521.84 |
| **TOTAL DISBURSEMENTS** : | **$27,275.20** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/17/2013                    By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**